IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN WHEELER,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0185

Opinion filed May 1, 2015.

An appeal from an order of the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

John Wheeler, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Upon consideration of the appellee's motion to dismiss, the motion is granted and this appeal is dismissed as moot. See Toomer v. State, 895 So. 2d 1256 (Fla. 1st DCA 2005) (dismissing appeal of order denying motion seeking jail

credit, holding that "[b]ecause the appellant is no longer in jail, he has no use for jail credit that would shorten his sentence, rendering this appeal moot").

DISMISSED.

WOLF, THOMAS, and OSTERHAUS, JJ., CONCUR.